**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 00-7699**

DARRYL ORVETT PAYNE-BEY,

Plaintiff - Appellant,

versus

OFFICER SWIGER, Sergeant; OFFICER LEWIS, Hear-
ing Officer; L. W. HUFFMAN, Regional Director,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Henry C. Morgan, Jr., District
Judge.  (CA-00-806-2)

Submitted:  April 12, 2001          Decided:  April 17, 2001

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Darryl Payne-Bey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Darryl Payne-Bey appeals the district court's order dismissing as frivolous his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Payne-Bey v. Swiger, No. CA-00-806-2 (E.D. Va. Nov. 2, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED